IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIC SENEGAL | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 18-cv-1734 |
| | § | |
| YUM! BRANDS, INC. and | § | |
| TAS FOODS, LLC | § | |
| | § | JURY TRIAL DEMANDED |
| *Defendants.* | § | |
| | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Eric Senegal ("Senegal" or "Plaintiff"), and complains of Yum! Brands, Inc. and TAS Foods, LLC (collectively, "Defendants"), and for his cause of action would respectfully show the Court as follows:

### I. SUMMARY

1. Defendants discriminated against Senegal based on gender stereotyping and his sexual orientation.

### II. PARTIES

2. Plaintiff Eric Senegal is an individual residing in Texas.

3. Defendant Yum! Brands, Inc. is a foreign corporation with a principal place of business in Harris County, Texas. Yum! Brands, Inc. may be served with process by serving its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

4. Defendant TAS Foods, LLC is a Texas company with a principal place of business in Harris County, Texas. TAS Foods, LLC may be served with process by serving its registered agent, Sarwat Ahmed, 20619 Windrose Bend Drive, Spring, Texas 77379.

1

### III. NATURE OF ACTION

5. This is an action filed under Title VII of the Civil Rights Act of 1964, as amended. *See* 42 U.S.C. § 2000e-2(a).

### IV. JURISDICTION AND VENUE

6. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331.

7. Venue of this action is proper in this district and division under 28 U.S.C. § 1391(b)(1), (b)(2), and 28 U.S.C. § 124(b)(2) because Defendants have principal places of business in Harris County, Texas, which is located in the Houston Division of the Southern District of Texas and/or a substantial part of the events or omissions giving rise to Senegal's claims occurred in the Houston Division of the Southern District of Texas.

### V. FACTUAL BACKGROUND

8. Defendants are joint employers of a Kentucky Fried Chicken restaurant in Harris County, Texas.

9. Senegal is a gay male.

10. In approximately late January 2016, Senegal applied for, and was initially offered, a job at Defendants' Kentucky Fried Chicken, along with three other individuals.

11. Senegal participated in an orientation, anticipating to start working at the restaurant.

12. However, unlike the other new hires, he was never placed on a schedule to begin working.

13. He was later informed by other employees that the manager had referred to him as a faggot and said he needed to change his voice.

14. More specifically, Defendants' manager expected Senegal to speak as a stereotypical male.

15. Defendants' manager did not want Senegal, a gay male, to work at the restaurant because of Senegal's sexual orientation and/or because of expectations for Senegal to act as a stereotypical male.

16. Indeed, Senegal never worked for Defendants and never received any compensation from Defendants, even though he was technically hired and even spent time going through an orientation.

17. Defendants failed to maintain a workplace free of unlawful discrimination.

18. Defendants failed to protect Senegal from unlawful discrimination.

19. Defendants did not act in good faith.

20. Defendants' unlawful actions were willful and/or committed with reckless disregard of the law.

21. Defendants' actions were committed with malice.

22. Defendants' unlawful actions caused Senegal to suffer mental anguish, pain and suffering, damage to his reputation, loss of earning capacity, loss of enjoyment of life, inconvenience, lost back pay, loss of benefits, and other damages.

## V.  CONDITIONS PRECEDENT

23. Senegal filed a charge of discrimination and retaliation with the Equal Employment Opportunity Commission on or about March 23, 2016.

24. The EEOC issued a final determination, ruling that Defendants discriminated against Senegal based on his sex and that Defendants violated Title VII.

25. The EEOC issued a right-to-sue notice on or about March 7, 2018.  This lawsuit is being filed within 90 days of receipt of that notice.

## VI. CAUSE OF ACTION

26. Senegal hereby incorporates, by reference, the preceding paragraphs as if fully set forth herein.

**A.  Sex Discrimination under Title VII (42 U.S.C. § 2000e-2)**

27. Defendants discriminated against Senegal based on his sexual orientation.

28. Defendants also discriminated against Senegal based on gender stereotyping.

### VII. JURY DEMAND

29. Senegal demands a trial by jury.

### VIII. DAMAGES

30. As a result of the above mentioned actions, Senegal seeks the following damages:

 a. Back pay;

 b. Loss of benefits;

 c. Loss of earning capacity;

 d. Reinstatement or, in the alternative, front pay;

 e. Loss of enjoyment of life;

 f. Inconvenience;

 g. Injunctive relief;

 h. Mental anguish and emotional distress;

 i. Compensatory damages;

 j. Punitive or exemplary damages;

 k. Reasonable and necessary attorneys' fees;

 l. Court costs;

 m. Prejudgment and post-judgment interest;

 n. Any and all other damages and/or relief, equitable or otherwise, to which Senegal may be entitled under federal law.

### IX. PRAYER

Wherefore, premises considered, Senegal respectfully prays that Defendants be cited to appear and answer herein and that upon a final hearing of this action, judgment be entered for Senegal against Defendants for damages in an amount within the jurisdictional limits of this Court, which shall include

all above mentioned damages and any other relief, at law or in equity, to which Senegal may be entitled.

Respectfully submitted,

Dated: May 25, 2018                                    SUD LAW P.C.

*/s/ Nitin Sud*

Nitin Sud
State Bar No. 24051399
Federal ID No. 611307
6750 West Loop South
Suite 920
Bellaire, Texas 77401
Phone: 832-623-6420
Fax: 832-304-2552
Email: nsud@sudemploymentlaw.com

*Attorney for Plaintiff*